**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

AUG 2 7 2015 EAA
8-27-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Berl McKinnie

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart, Sheriff of cook
county Jail
Doctor. Paul
Doctor. Dawalibig
Doctor. Richardson
~~████~~ ~~████~~

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case
(To

15cv7581
Judge John Z. Lee
Magistrate Judge Geraldine Soat Brown
PC8

**CHECK ONE ONLY:**

__X__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*



**I.    Plaintiff(s):**

A.    Name: Berd MCKinnie

B.    List all aliases: N/A

C.    Prisoner identification number: N51640

D.    Place of present confinement: COOK County Jail

E.    Address: PO Box 089002 Chicago Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.   Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Thomas Dart

Title: Sheriff

Place of Employment: Cook County Jail

B.    Defendant: Docotor DawaLidig

Title: Docotor

Place of Employment: Cook County Jail

C.    Defendant: Dr. Paul

Title: Doctor

Place of Employment: COOK County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007



**I.**    **Plaintiff(s):**

     **A.**    Name: _Berl mcKinnie_

     **B.**    List all aliases: _N/A_

     **C.**    Prisoner identification number: _N.51640_

     **D.**    Place of present confinement: _Cook county Jail_

     **E.**    Address: _PO Box 089002 Chicago Il 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

     **A.**    Defendant: _Dr. Richardson_

          Title: _Doctor_

          Place of Employment: _Cook county Jail_

     **B.**    Defendant: ~~xxxxxxx~~

          Title: ~~xxxxxxx~~

          Place of Employment: _Cook County Jail-Cook County Hospital_

     **C.**    Defendant: _____

          Title: _____

          Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 - A

Revised 9/2007


(P2-A)

List All Lawsuits Plaintiff(s) (and if any) have Filed In Any State or Federal Court in the United States:

A. Name of case and docket Number __Berl mckinnie -v- Thomas Dart. etal. 14 CV 09588__

B. Approximate date of filling Lawsuit: __12-1-14__

C. List All Plaintiffs (if you had co-plaintiffs), including Any Aliases: __Berl mckinnie__

D. List All Defendants: __Thomas Dart. etal__

E. Court in which the lawsuit was Filed (if Federal court, name the district, if state court, name the county): __Northern District__

F Name of Judge to whom case was Assigned __I Dont know his name__

G. Basic claim made: __deliberate indifference__

H Disposition of this case (for example: was the case dismissed? was it Appealed is it still Pending?) __Pending__

I Approximate date of Disposition __N/A__

3-A

(P-3-A)

List All Lawsuits you (And your Co-plaintiffs, if Any) have Filed in Any State or Federal Court in the United States;

A. Name of case docket Number __13 CV 682__
Bert McKinnie - v- Phillip Martin. Et AL.

B. Approximate date of Filing Lawsuit __Don't remember 13__

C. List All Plaintiff (if you had co plaintiffs), including Any Aliases: __Bert McKinnie__

D. List All Defendants: Phillip Martin, Claudia dorty, Nurse wood, Lt Dallas, Nurse Arbuckle, Nurse Potts, Dr Coe, Counselor Henton, Wexford Health Source

E. Court in which the Lawsuit was filed (if Federal Court, name the District, if state Court name the county) Southern District

F. Name of Judge to whom case was Assigned __I Don't know At this time__

G. Basic claim made __Deliberate InDifference__

H. Disposition of this case (for example: was the case Dismissed was it Appealed is it still Pending?) __Pending__

I. Approximate date of Disposition __N/A__


P-3-B

List All Lawsuits you (and your co-plaintiffs, if Any) have filed in any State or federal court in the united States:

A. name of case and docket Number: 15 CV 1002
Berl mckinnie -V- tribune -eatl

B. Approximate date of filling Lawsuit: Jan 29 2015

C. List All Plaintiff (If you had co-plaintiffs), including Any Aliase: Berl mckinnie

D. List All defendants: Sonstime Inc & TriBone Inc

E. Court in which the Lawsuit was filed (If federal court, name the District; if state court, name the county): Northern District

F. name of Judge to whom case was Assigned: Judge Gettleman

G. Basic claim made: defamation of character

H. Disposition of this case (for example was the case dismissed? was it Appealed? is it Still Pending?): Dismissed with out Prejudice

I. Approximate date of disposition: N/A



Lists (All Lawsuits Under Another Name or Co-Plaintiffs, if Any) have filed in Any State or federal court in the United States

A. Name of case and docket number <u>15c 2187</u>
Berl mckinnie-v-chicago city, et. al

B. Approximate date of filling LawSuit <u>MAR 11 2015</u>

C. List All Plaintiff (if you had co-plaintiffs) including Any Aliase <u>Berl mckinnie</u>

D. List All defendants: <u>Detective Jaamusz David #1718,</u>
<u>Detective foley Patrick #20143, chicago Police Department, i-etal</u>

E. Court in which the Lawsuit was filed (if federal court, name the District; if state court, name the county) <u>Northern</u>
<u>District</u>

F. Name of Judge to whom case was assigned <u>Judge</u>
<u>Robert M. Dow Jr</u>

G. Basic claim made <u>Defamation of Character</u>

H. Disposition of this case (for example was the case dismissed? was it appealed? is it still pending?) <u>Dismissed with out</u>
<u>Prejudice</u>

I. Approximate date of disposition: <u>N/A</u>

(Pg-3-D)

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Berl McKinnie is a disabled resident of the Northern District of Illinois; McKinnie is Missing his Right leg, And is able to walk by using a Prosthetic Limb. From 2-15-15 to 5-13-15 He Have been complaining About His Prosthesis which is Broken, is too Big and is Hurting His Leg. He have seen Dr. Paul, Dr. Dawalidig, And Dr. Richardson. He Had three appointments and Saw Three Different Doctors who examined His complaint About His Busted Prosthesis. They Have Not Since His Last exam Remedied His Artificial Leg complaints. On 5-5-15 He Saw the therapist And Her Response of the Doctor was insufficient to Remedy His complaint. His Prosthesis is Not Properly Adjusted to His Leg And He want it Refitted Since He First Received this Prosthesis in 2010. Due to normal wear And Tear it is obsolescent causing Leg Skin Abrasions And Pain in the Associated Areas. He have written over 4 Grievances Some with a control Number that He Have Appealed But to this Dates He Have not Received a Proper Response. these are His Pre-existing control number: 2015 1475,

4

Revised 9/2007



2015X0485, 2015X1319. He expect to Receive more control Number for other grievance that are outstanding. His Pain Level Where Ten is the most severe Pain is a 9. So severe is His Pain that Dr. Paul Prescribed a Heavy Narcotic Prescription called Tramadol which Temporarily Deadens the Pain But makes Him extremely Drowsey. Since the onset of this Ailment His Claim is "Deliberate inDifference" A violation of His constitutional Right, under the 8th, 14th And 15th US. Amendment Rights, by not treating His medical conditions and needs. A Prisoner refferred to one's care for urgent Attention is conducted that a Reasonable Prison Doctor should have known this would Subject him to Personal Liability. His Rights have been violated, because this is "Deliberate inDifference" to serious medical need of Prisoners. This constitutes unnecessary and wanton Affliction of Pain Pro-scribed by His Eighte Amendment whether the inDifferences is manifested by Prison Doctor in Response to Prison needs or by Prison guards in intentionally Denying or Delaying Access to medical care or intentionally Interfering with treatment. Regardless of how evidenced shows "Deliberate Indifference" to Prisoners Serious Illness or Injuries State cause of Action under civil Rights Statutes, this Accident even though it may Produse Added Anguish

5                                    Revised 9/2007



CONSTITUTIONAL LAW GOVERNING MEDICAL TREATMENT
OF INMATES IN STATE PRISONS OR COUNTY JAIL

The third clause of the 8th Amendment to the united state constitutional states in terse language "Nor cruel and unusual Punishments, inflicted. The 8th Amendment has been made Applicable to the condúct of state and local officials by the due process and equal protection clauses of the post civil war 14th Amendment which in relevant Part states, "Nor shall any states or county deprive any person of life, liberty or Property without due Process of Law; Nor deny to any person within its Jurisdiction the equal Protection of the laws"

42 USC § 1983 makes Person Acting under color of state law, Custom, or usage of any state liable in Actions At LAW or Suits in equity if the Person subjects or causes to be subjected any citizen of the united states or other person within that state to the deprivation of Right secured by the US constitution and (federal) states Laws. Very briefly, in the present case. Plaintiff Bert McKinnie Asserts that he was subjected to cruel and unusual Punishment in violation of the 8th Amendment by Persons employed directly or indirectly via A contract by the cook county Jail, State of Illinois making them liable for violation by A combination of the 14th Amendment to the US constitution and 42 USC § 1983. Plaintiff can succed in his claim if he showe that Defendants were deliberately indifferent ... to (his) serious Medical needs. Estelle v. Gramble, 429 US. 97 (1976). Plaintiff should Prevail if he convinces the fact finder that Defendant's Doctor, Paul Doctor Dawalidig, Doctor Richardson, Medical Staff employed by the cook county Jail, were indifferent in their response to the Prisoner's (Plaintiff's) need" And that Defendants denied or delayed Acces to medical care for Plaintiff. Id. At 104.

In making his case that Defendants were deliberately indifferent toward him, Plaintiff can Prevail by showing that Defendants "were Aware of facts from which the inference could be drawn that a substantial risk of serious harm existed" depending on their Actions or failure to Act toward him And then he must draw that "inference". farmer v. Brennan, 511 U.S. 825, 837 (1994) Plaintiff will have to show

Pg 5A1

**LexisNexis®** About LexisNexis | Privacy Policy | Terms & Conditions | Contact Us
Copyright © 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

That Defendant demonstrated their "deliberate indifference" in their response to towards him by a subjective recklessness. Physical pain and seeking to get his false leg fix. However, plaintiff does not have to show that defendants acted or failed to act believing that what they were doing would expose plaintiff to harm; only that they acted despite their knowledge of a substantial risk or harm" to plaintiff. Id. At 842.

In addition to the "subjective recklessness" standard for defendant's conduct, plaintiff can prevail if he shows that defendant did not address or ignored an "objective, sufficiently serious" medical need that he had. Gutierrez-v-Peters, 111 F.3d 1364, 1369 (7th Cir. 1997), the defendant's acts or omission must have denied plaintiff the minimal civilized measure of life's necessities." Farmer, 511 U.S. At 834, plaintiff should prevail if he can show that defendant's refusal or failure to provide him medical care for a approximately seven months period was sufficiently serious or caused enough pain to make their action "uncivilized." Cooper-v-Casey, 197 F.3d 914, 916 (7th Cir 1996).

<u>The Standard of Review And the Prohibition on Deliberately Indifferent" treatment of plaintiff</u>

A. He have seen the doctors and showed them his prosthesis was broke. when it have been over seven months and it is still broke. As of this date 7-16-15, the doctors told them face to face they can not help him because that is about a outside service they can't do anything about it

B. I am in so much pain because of the leg is rubbing on his skin and taking off skin on his leg so he can't walk without crutcheser because of this.

C. He have been seen by the sick call nurse telling and showing them his problem with out no help from the doctor of the nurse when they have knowledge of his problem.

D.

This is ALSO A claim that Characterizes the treatment Received by the prisoner As inhuman conditions of Confinement, Failure to Attend to his Medical needs, or A Combination of both, It is Appropriate to Apply the "deliberate indifference" standard Articulated Currently Suffering serious medical Problem Caused by Not treating his Medical need. Requires that inmates be furnished with the basic human needs, the Eight Amendment Protects Against sufficiently imminent danger As well As current unnecessary And Wanton 'Affliction Of Pain And Suffering Are Legion only to deliberate indifference to current serious health Problem Of inmate is Actionable under the Eighth Amendment with deliberate indifference, exposed Plaintiff to harm that Pose An reasonable Risk Of serious damage to his health. He ALSO Affirm the remand to the District court to Provide An Opportunity for McKinnie to Prove his Allegations, which will require Plaintiff to Prove both the Subjective And objective elements necessary to Prove An Eighth Amendment Violation. Nor, As far As He know, is there Any historical evidence indicating that the framers And ratifiers of the Eighth Amendment had Anything other than common understanding of "Punishment" in mind. there is "no doubt" that the English Declaration Of Rights Of 1689 is the "Antecedent of our constitutional text", Harmelen v- michigan. 501 us. . . , 115 L. Ed. 2d 836, 111 S. Ct 2680 (1991) (Opinion of Scalia, J) (Sup Op., At 6), And the best historical evidence suggests that the "Cruel And unusual Punishment's Provision of the Declaration Of Right. the inmate in Estelle Claimed that inadequate treatment of his Back injury Con-stituted Cruel and unusual Punishment. the court ultimately recognizing that " deliberate indifference to serious medical needs Of Prisoners" Violates the Eighth Amendment. Id. At 104. In essence, however, the extension of the Eighth Amendment to Prison Medical need. So Plaintiff

A 85-C

have been deprivation of his Medical Need in the Cook County Jail. The constitution imposes upon it a corresponding duty to assume some responsibility for his safety and general well being. The rationale for the principle is simple enough: when the state or county by the affirmative exercise of it power so restrains an individual's liberty that it render him unable to care for himself, and at the same time fails to provide for his basic human needs, food, clothing, shelter, Medical care, and reasonable safety it transgresses the substantive limits on state and county action set by the Eighth Amendment. Contemporary Standards of decency require no less. The state, county that takes a person into custody and hold him there against his will has a corresponding duty under the federal Constitution's Eighth Amendment to assume some responsibility for plaintiff safety and general well-being

B Pg-5-D

- Positive treatment is indicated
- Citing Refs. with Analysis Available
- Citation information available

\* Click on any *Shepard's* signal to *Shepardize*® that case.

**LexisNexis**® About LexisNexis | Privacy Policy | Terms & Conditions | Contact Us
Copyright © 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

The Americans with Disabilities Act, 42 U.S.C. 12101 et Seq. embodies A national Policy of nondiscrimination against And Reasonable Accommodation of person with disabilities It covers discrimination in ~~Prisons~~ (Title IV)

The United State Supreme court Ruled unanimously that title II of the Americans with Disabilities Corrections-v-Yeskey .524. US. 206, 118 S. Ct 1952, 141.L. Ed 2d 215 The command of title II of the ADA is succinct "No qualified individual with a disability shall, by reason of such disability, be excluded from Participaton in or be denied the benefit of the Services, Programs, or activities of A Public entity, or be subjected to discrimination by Any such entity" 42 U.S.C. § 12132. In Yeskey the Supreme court held that this unambigousty includes state Prison and Prisoners. Without deciding that It Applied, the court found that this Provision Satisfied the Gregory rule the ADA defines "Public entity" to Include "Any department, Agency, Special Purpose district, or other Instrumentality of A state, or states or Local government" 42 U.S.C. § 12131 (2)(B). State Prisons And Local Jails fall squarely within that definition Recognized the Applicability of the ADA to Prison, Rivera-v-Dyett, 1 Am. Disabilities Dec. 41 (S.D.N.Y. 1992), Considered An inmate's claim under the A.D.A, but decided the case on other grounds. Clarkso-v-Coughlin, 8945 F. Supp 1019 (S.D.N.Y. 1995) granted Summary Judgment. Claim under the A.D.A. In Addition Department of Justice regulations explicitly 'identified Prisons As Among medica treatment covered under the A.D.A. Yeskey thus confirm what was Already thought, if not widely Acknowledged to be the law" (1) Which Aspects

Pg 5-E

of the state's alleged conduct violated title II; (2) to what extent such misconduct also violated the fourteenth Amendment, And (3.) insofar as such misconduct violated title II but did not violated the fourteenth Amendment, whether congress's purported Abrogation of sovereign immunity as to that class of conduct in Nevertheless valid." Disabled Prisoners pose special Problems compared with the general Prison population And Prison Administrators Must confarnt a broad range of disabilities. include A Persons with An Array of medical condition. Moreover, Administrator Must deal with the tension between the A.D.A. individualized Approach to accommodating disabilities And the need of Prison Security and Administration. An important consideration for local governments is that the A.D.A.'s Provisions Also Affect Pretrial detain- ees. Bell v. Wolfish, 441 U.S. 520, 99 S.Ct. 1861, 60 L. Ed. 2d 447 (1979), the leading case on the rights of Pretrial detainees, suggest little Practical difference between Pretrial detention And Post- conviction incarceration. this suggests that A.D.A claim of Pretrial detainees Are likely to result no differently than those of Prison inmates. 28 C.F.R. 42.540 (H), 28 C.F.R. 35 190961, Department of Justice title II technical Assistance manual. covering state And local government Program And Service II-6.3300 (6), At 35 (outlining the American with disabilities Act Guidelines (ADAAG) And Uniform federal Accessibility Standard (UFAS) requirements for Jail And Prisons) the Department of Justice And the Archite- ctural And transportation compliance Board have created guidelines Specifically for Prisons that Address Architectural barriers Id, 36 C.F.R. 1191.2. the Supreme court did not Address these regulations in Yeskey. the term disability means, with respect to An individual, A Physical or mental impairment that Substantially limits one or more of the major life Activities of Such individual. A Record of Such An impairment, or being regarded as having such An impairment 42. U.S.C. § 12202 (2). for Purpose of Title II, See Also the definition found At 28 C.F.R. 35.104.

Pg 5~F

Is not on that basis alone to be characterized as the wanton infliction of unnecessary pain, or as the basis for a cause of action under civil right statutes.

In advertent failure to provide plaintiff adequit medical care can be said to constitute, a wanton inflicton of unnecessary pain that plaintiff is going through.

to be Repugnant to conscience or mankind for the purpose of providing cause of action under civil Right, by denicing plaintiff of medical care. Plaintiff medical problem is not being met or provided for, plaintiff is suffering every day in pain and not able to walk a long distance because of his pain, He having in his leg. Because my prothesis is too big it is also Rubing on his skin causing him pain, also it is to big and it is broke that He can't walk right with his false leg. He need his prothesis to get around with, Now He use crutches to walk with because of the pain He is having in his leg.

Plaintiff has written more then six grievance on this matter, also exhausted All his remedy, plaintiff has done every thing he could do. even puting in for sick call telling the nurse about his problem with no help from the nurses. even from Dr. Paul, Dr Dawalidlg, Dr Richardson, have not done any thing for his leg or the pain He is in AS of this Day 6-12-15. they have not done Anything to help them with his medical need, when this is a violation of his Rights when the Doctor and the nurse is not takeing care of his medical need And He have Notify them on More then one occasion about his problem. so they all know about his needs or his medical problems.

He have wrote numerous grievance about this problem and every time He get a Responses they told them they are going to Do some thing about this problem, but they never Did. All they say they are going to fix his prosthetic fix, but He is still suffering in pain because of his prosthetic is still broke and too big. He have done every thing that required or them to Do in the county Jail. He wrote grievance And He have exhausted all of his remedy still being denie medical help

Pg 5 A

Exhaustion of Admin Remedies

• I have utilized the CCJ grievance process to Address these issues, as the Attached emergency grievance Attests to; complying with the Rules of Title 26 IL Admin code Rule 504, And complied with All Jurisdictional, content And time Related Rules Per CCJ rule And regulations, but the issues were not Addressed or corrected.

## Statement of Claim:

All Allegations in this complaint took Place At Cook county Jail where He was incarcerated between 10-30-14 And Present with All defendants. And myself named Ad witness.

## Background:

HE is A 49 year old male, currently incarcerated in the Cook county Jail, who was A Prosthesis, He is Previously housed At C.C.J. from october to June 2015. Since Arriving Here on 10-30-14 He have been Denied Medical care for nearly 7 month causing Him excruciating Pain. He feared falling while going to court And returning from court, Also going to the HealthCare Unit And coming from Also to cermak HealthCare And from cermak

## Facts

① 1-25-15 Requested to see the Doctor DAWALIBIg on sick call Line, to tell him about my Prosthesis and the Pain I was in. So He Seen Doctor DAWALIBIg And shown him what was going on with His false Leg And he told Him he see what he can Do. After two weeks going on three to four week Doctor DAWALIBIg never Put Him in to see Any one About His Prosthetic. He Did SPeak to Dr DAWALIBIg About this Problem with No help from hem At All even to this Day 6-12-15. Yes He have seen Dr DAWALIBIg two more time After the first time in 1-25-15 with no help from hem.

② On 4-14-15 He Seen Dr Paul telling her what His Problem was About, He showed her His Prosthesis. were it is Broke At, And were it is Rubbing His skin off His Leg And that He is in A lot of Pain she told Him She can't help Him because He have to go out side to get that fix. So she never Did enything for me, but Put me on Heavy narcotics called Tramadol for my Pain

③ He Seen Doctor Richardson He Ask her about Him getting His Prosthesis fix she Also told Him that She is not going to Put Him in to get His false Leg fix. And She try to take Him off my Pain medication Iron for His Pain He was having in His Leg which is Tramadol He Seen Dr Richardson on 5-11-15 when she told Him She was not going to Put Him in to get His Prosthesis fix. He Request help from Dr Richardson, Also shown her His Breaking Prosthesis Still with No help.

$$\boxed{P-b B}$$

Causes of Action

(4). 730 ILCS 513-7-2 (d) States "All Institution and Facilities of the Department Shall Provide each Committed Person with Medical and Dental care.

(5). The Supreme Court of the US has recognized that deliberate in Difference to Serious Medical needs of Prisoners is a continuing Violation of the eighth Amendments Prohibition of cruel and Unusual Punishment that occures when the defendant has notice of the Untreated Condition and constitutes the Unncecessary and wanto infliction of Pain and Suffering.

(6). The Eight Amendment Protects inmates from government Actors deliberate indifference to his basic needs; under this Standard; conduct is "deliberate-indifference" when the official has Acted in an intentional or criminally reckless manner; the defendant must have Known that the Plaintiff was at a Serious Risk of being harmed And decided to do nothing about it or to Prevent that harm from Occuring even though he could have easily done so.

(7). An eight Amendment Claim need not show that the defendant acted or failed to Act believing harm would Actually befall an inmate to show deliberate indif-ference it is enough that the defendant Acted or Failed to Act despite his Knowlege of Substantial risk of Serious harm.

(8). A defendant Satisfies the Personal responsibility requirement of 42 USC §1983 if he Acts or fails to Act with deliberate indifference or reckless disregard; defined As disregarding Substantial risk of danger that is either Known or would be apparent to a reasonable Person or a Plaintiff Constitutional Right or if the conduct causing the Constitutional deprivation occures at his direction or with his Knowlege And consent

(9). In determing whether the defendants had Knowledge of the Potential harm to an inmate, for Porpose of meeting deliberate indifference requirement under the 6th Amendments the court Considers whether the circumstances suggest that the defendant being sued had been exposed to information concerning the risk, And thus must have Known about it.

(10). A Plaintiff inmate need not Prove that a defendants Intended the harm that Ultimately transffered or believed the harm would Occure and deliberate indifference can be evidenced by repeated examples of negligent Acts which disclosed a Pattern of Conduct by Prison And medical Staff.

(11). two elements are required to establish a violation of the eighth Amendments Cruel And unusual Punishment clause; first an objective element requires a showing that the conduct denying inmate the minimum civilized measures of libes necessi-ties, creating a risk to the inmates health or Safety; the Second requirement is A Subjective one; the relevant State of mind is deliberate indifference to inmate health or Safety; ie; the defendant must be Aware of the facts from which the inference could be drawn that a Substantial risk of Serious harm exists and he must also draw that inference.



12. A failure of prison official to act under circumstances of deliberate indifference suggests that the official actually want the prisoner to suffer the harm and supervisors need not have actual knowledge of a specific incident at issue if they have power to alleviate condition which led to the violation of constitutions right.

13. Defendants Dr Paul, Dr Richardson, Dr Dawalidig have knowledge of his need for his broken false leg his medical record will showed that he did tell them and shown them that his leg is broke and he did seen them to told them to in 2015 Plaintiff continually informed them his pain is so bad Plaintiff couldn't walk on his own Plaintiff done everything he needed to do with out help by the Defendants of deliberate indifference and wanton disregard to Plaintiff serious medical needs, and a wanton infliction of pain and suffering which amounted to cruel and unuseal punishment in violation of the Eight Amendment to the US, constitution.

14. Defendants, Dr Paul, Dr Richardson, Dr Dawali Dig, failure to intervene when Plaintiff repeatedly informed them by numerous kits of his such pain by all a life sustaining medical help which was causing Plaintiff such being denied the Defendants to deny Plaintiff his constitutionally guaranteed Right to be free from cruel and unuseal punishment with deliberate indifference as the deprivation occured with their knowledge and consent.

15. Section § 1983 is a calloon for addressing violations of rights guaranteed by the constitution or other federal laws by a state actor.

16. Punitive damages may be awarded in a § 1983 action where defendants conduct, involves reckless or callous indifference to the plaintiff rights as well as when defendants act with evil motive or intent.

17. It is Plaintiff contention the defendants behavior shows such actions and that Plaintiff is entitled to nominal, compensatory, and punitive damages against all the defendant both severally and individually.

18. The courts have held that prisoners may obtain injunctive relief to enjoin the continuing disregard for his safety by prison or county staff the C&J can be forced by injunctive relief, to obey the constitution, the section of the P.L.R.A Providing Inmates couldn't bring federal civil action of the PLRA Providing Inmates couldn't bring federal civil actions for mental injury with out showing Physical injury did not limit claim for injunctive relief, and where violations are continuous in natures which cannot be adequately compensated with money, His (Pro-se) irreparable harm! for injunctive purposes, the fact that nominal damages could be recovered in an action at law often provides the very best reason a court of equity should be come involved.

19. To prove entitlement to injunctive relief a plaintiff must allege in its complaint and establish by a preponderance of the evidence that he possesses a certain and clearly establish right that needs protecting 2) irreparable injury, which need not be very great, indeed, injunctive relief is well suited to small in juries that are of such constant and frequent reoccurance

P8 6-D

that be free contention or subject to hurt of LAW,
And doesn't mean injury that is beyond compensation in damages; 3) irrepairable harm if the injunction is not granted; And 4) he is likely to prevail
on the merits of the case.

20). It is His contention the facts in this case show He is entitled
to declarative and injunctive relief Against the defendants continuing
to violate His Right to be free from cruel and unusual Punishment.

21). While federal courts should hesitate to interfere with discretion
Afforded Prison officials in the internal Administration of the county
Jail in Proper cases, where constitutional deprivations are established;
either in specific incidents or by the totality of conditions within
A Penal institution, where rules, regulations or Practices impede exercise
of constitutional Rights, federal courts can; And must; if the issue is
Appropriately Presented, interfere to remedy unjustifiable violations
of those Rights retained by Prisoners and discharge their duty to Protect
Prisoners constitutional Right and compel county officials or employees
to Perform their official duties in compliance with constitutional
requirements.

## Relief Requested:

Relief the acts and ommissions described herein violate

22). I Declare that the acts and ommissions described herein violate
my Right under the U.S. constitution, federal and State LAW; And
Department rules and regulations.

23). I Declare the Proposed relief is narrowly tailored to remedy
ongoing violations of my constitutional Rights And to Prevent the
occurance of irreparable harm in the Future.

24). Issued declarative And injunctive relief Against the CCJ
And the defendants; through the Director, Sheriff, Doctor by name
then in their official capacity And directly Against the cook county
Jail.

25). enter Judgement in Favor of the Plaintiff for Nominal, compensatory And Punitive damages, as Allowed by LAW, Against each
defendant Jointly and severally,

26) order such additional relief this court deem just and
Proper

## Declaration Under Federal Rule of Civil Procedure 11

I certify to the best of my Knowledge, Information And belief, that this complaint is in full compliance with Rule 11(A) and 11(B) of the Federal Rules of civil Procedures. the undersigned Also recognizes that failure to comply with Rule 11 may result in sanctions

Respectfully Submitted,

*Berl McKinnie*

Date 7-23-15

Berl McKinnie
# 20140917248
PO Box 089002
Chicago Ill 60608



Pg 2 of 15

AFFiDAViT OF Service

I Berl McKinnie, State that I served a copy of the document to which this affidavit is attached upon each party, or if represented by counsel. upon the each party, or, if represented by counsel. upon the Attorney Counsel. upon the each party. or, if represented by counsel. upon the Attorney of record for said party (ies) by enclosing the same in a sealed envelope in box

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Compensatory Damages in the Amount of 300,000 Dollars from each Defendant 300,000 Dollars in Punitive Damages from each Defendant, and Nominal Damages; as this Court Deem Just And Proper. Against each defendant Jointly And Severally

**VI.    The plaintiff demands that the case be tried by a jury.**  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___5___ day of ___13___, 20_15_

_Berl McKinnie_
(Signature of plaintiff or plaintiffs)

_Berl McKinnie_
(Print name)

_201409172_
(I.D. Number)   PO Box 089002

Chicago IL 60608

_____
(Address)

6

Revised 9/2007



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE     ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!**   *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
McKinnie

PRINT - FIRST NAME *(Primer Nombre):*
Ber

ID Number *(# de identificación):*
2014 0917 248

DIVISION *(División):*
8

LIVING UNIT *(Unidad):*
3 F

DATE *(Fecha):*
5 / 11 / 15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number"
if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 para recibir un "Numero de Control",
ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident -    Time of Incident -    Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente -    Hora Del Incidente -    Lugar Específico Del Incidente*

to DAY 5-11-15 I seen Doctor Richardson I Ask, was I Put in to get my False Leg Fix by the therapist I seen Last week And Doctor Richardson told me that the therapist Didn't Put me in to get my False Leg fix when I seen her And showe her that my Leg is Broke Also Doctor Richardson She told me there is not Anything She can Do for me when She seen my Leg is Broke, this is About the Fifth or sixth grievance I have wrote on this mater with no help, you All Are Denieing me medical help And I AM tide of writing these grievance Now my Lawyer Morrissey Thomas Will be Filing A Law suite, because I have Done Every thing I can by writing grievance with no help From you All, these grievance is not Doing Any good

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*

I need my Leg fix like Right Now it been 7 months And the county Jail haven't Did Any thing For me At All yes I Did see the therapist but with no help Just to you Did something not true

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):*

INMATE SIGNATURE *(Firma del Preso):*
Berl McKinnie

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED:
06 / 12 / 2015.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
___ / ___ / ___

FCN-47 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
N/A

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Mc Kinnie | Beal | 2014 0717248 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
### (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

200 medical treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (If applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 05/12/201

RESPONSE BY PERSONNEL HANDLING REFERRAL:

According to Record none phone was performed on 5-11-15 & decision will be made date...

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Frazier, NSH | Frazier, NSH | RTU | / 5/15 |

### Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Beal McKinnie

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
5/29/15

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* _____/_____/_____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

### ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* _____/_____/_____ |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibio respuesta a su apelacion):*
_____/_____/_____

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

---

**!This section is to be completed by Program Services Staff - ONLY!**  *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

---

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: **McKinnie**

PRINT - FIRST NAME *(Primer Nombre)*: **Berl**

ID Number *(# de identificación)*: **20140917248**

DIVISION *(División)*: **6**

LIVING UNIT *(Unidad)*: **3 F**

DATE *(Fecha)*: **5 / 13 / 15**

---

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident  Time of Incident  Specific Location of Incident
*(Por Favor, Incluya:  Fecha Del Incidente  Hora Del Incidente  Lugar Específico Del Incidente)*

I went to see the Doctor 5-6-15 or 5-7-15 I talk to Doctor Richardson And I told her About what was going on with my Leg that it Still Broke that I seen the therapy on 5-5-15 And Doctor Richardson look on the computer And she seen that the therapy didn't Put me in to get my False Leg Fix. So I ask her to Put me in to get it fix she told me she can't when I showed her that my Leg is Really Broke and it been broke for About 6 months. I have wrote more then 6 grievance About this with no help from No one not even the Doctors that know About my Problem Denie me medical help on this matter

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

I Still Need My False Leg Fix So I can Not be in Pain Like I am in for 6 month I have been Denie Medical help For 6 Months on this matter

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*:

INMATE SIGNATURE *(Firma del Preso)*: **Berl McKinnie**

---

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): *(signature)*

SIGNATURE: *(signature)*

DATE CRW/PLATOON COUNSELOR RECEIVED: **05 / 14 / 2015**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___ / ___ / ___

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☑ NON-GRIEVANCE (REQUEST)

**CONTROL #:** N/A

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)* | INMATE FIRST NAME *(Primer Nombre)* | ID Number *(# de identificación)* |
|---|---|---|
| McKinnie | Dent | 2014 0927248 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
200 medical treatment

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):** Cermak
**DATE REFERRED:** 05 / 14 / 201

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
According to regis inme Patrel was seen 5-15-15 at dentst I be inform RCW NST

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| RCW NST | RCW NST | C3 | 5 / 22 / |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE *(Firma del Preso)*:** Dent McKinnie

**DATE RESPONSE WAS RECEIVED:**
*(Fecha en que la respuesta fue recibida)*
5 / 29 / 15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelacion del detenido):* _____ / _____ / _____

**INMATE'S BASIS FOR AN APPEAL** *(Base del detenido para una apelacion):*

### ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐    No ☐

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION** *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

**INMATE SIGNATURE** *(Firma del Preso)*:

**DATE INMATE RECEIVED APPEAL RESPONSE:**
*(Fecha en que el Preso recibio respuesta a su apelacion):*
_____ / _____ / _____

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| McKinnie | Ber | 2040917248 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 6 | 3F | 3 / 9 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

I talk to Doctor Dawali.Dig About my Leg my Prosthetics is Broke And it is to Big and it is Rubing my Leg Real Bad I ASK Doctor Dawali.Dig About this over three months ago And I Still haven't Seen any one About this Problem I need my FALSE Leg Fix and I need Sox that I have not goting or Seen any one for this Problem, when I was in ten Last month the Doctor over there Put me In to see the People to Fix my Leg Doctor DAWALI.Dig Didn't Put me in and I to Doctor PAUS About this Problem with Doctor DAWALI.Dig and PAUS together

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*: I need to see the out Side Doctor About my Prosthetics to get it Fix Right a way thank

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE *(Firma del Preso)*: Berl McKennie |
|---|---|

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): Daniel | SIGNATURE: Daniel | DATE CRW/PLATOON COUNSELOR RECEIVED: 3 / 10 / 15 |
|---|---|---|
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: ___/___/___ |

FCN-47 (Rev. 09/14)          WHITE COPY - PROGRAM SERVICES          YELLOW COPY - CRW / PLATOON COUNSELOR          PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #
2015 1319

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| McKinnie | Ber | 2040917248 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
190 Medical prescription

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):
N/A

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
Cermak

DATE REFERRED: 3/15/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
According to our record you have an upcoming opportunity to see medical this week

| PERSONNEL RESPONDING TO GRIEVANCE (Print): AA | SIGNATURE: | DIV./DEPT. | DATE: 3 / / 15 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*:
Berl McKinnie

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*:
____ / ____ / ____

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso*)

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* ____ / 31 / 15

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*
I been writing to see the Doctor for this matter over three to four month And you all still telling me I am in to see the Doctor For this problem. How long is it going to take. I went last two week And I did see the Doctor because She didn't wont to see me. my falls leg is still broke

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* | Yes *(Si)* ☐ | No ☐ |
|---|---|---|

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*
You were seen by the doctor on 4/23/15 - returned to rehab within the next 1-2 weeks

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: 5/05/15 |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso)*:
Berl McKinnie

DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación)*:
5 / 8 / 15

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

*I Need Control Number*



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # |
|---|
|  |

**!This section is to be completed by Program Services Staff - ONLY!**  *(¡ Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: McKinnie
PRINT - FIRST NAME *(Primer Nombre)*: Berl
ID Number *(# de identificación)*: 20140917248

DIVISION *(División)*: 8
LIVING UNIT *(Unidad)*: 3F
DATE *(Fecha)*: 4 / 16 / 15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number"
if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control",
ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  - Date of Incident  - Time of Incident  - Specific Location of Incident
*(Por Favor, Incluya:  Fecha Del Incidente  Hora Del Incidente  Lugar Específico Del Incidente)*

This my 5th time writing A grievance about my Prosthetics that Doctor DAWALIBig and Doctor Paus tell me I Am in to see Some one About my Prosthetics and I have Never seen no one About my Broking Prosthetics it been over 4months And I still haven't seen Anyone. this A constitutional Violation when the government does not respond to the Legitimate compain Knowingly waiting more than 4month to examine A Prisoner reffered to one care for urget Attention is conduct that A reasonable Doctor should have Known would Subject him to Personal Liability. my Right have be Violated because this is Deliberate to my medical Need of Prisoners constitutes unnecessary and wanton infliction of Pain Proscribed by my Eighth Amendment whether the indifference is manifested by Prison Doctor in Response to Prison need or by Prison guards in intentionally Denying or Delaying Access to medical care or intentionally interfering with treatment Regardless of how evidenced Deliberate indifference to Prisoner Serious Illness or Injuries state cause of action under Civil Rights Statute. U.S.C.A Const. Amend 8.42

ACTION THAT YOU ARE REQUESTING *(Acción que usta solicitando)*:
I need to see the Prosthetics Doctor to get my Prosthetics Fix it is Broke and to Big that it hurt because it is Rubing on my Skin. I have Shows Doctor DAWALIBig were it is Broke Also Doctor Paus Now it been more then 4months and I still have not Seen Anyone. Inmate Filing A right Law Suite on this

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*:

INMATE SIGNATURE *(Firma del Preso)*: Berl McKinnie

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): J. Mulvey
SIGNATURE: J. Mulvey
DATE CRW/PLATOON COUNSELOR RECEIVED: 04 / 17 / 2015

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED: ___ / ___ / ___

FCN-47 (Rev. 09/14)  WHITE COPY - PROGRAM SERVICES  YELLOW COPY - CRW / PLATOON COUNSELOR  PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #  20151975

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* McKinnie | INMATE FIRST NAME *(Primer Nombre):* Beal | ID Number *(# de identificación):* 2014 0917248. |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

500 Medical treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak    DATE REFERRED 04/17/201.

RESPONSE BY PERSONNEL HANDLING REFERRAL:
according to our records you continue to receive on your medical + mental health care. You have an urology appt in next 2 weeks w/ specialist.

PERSONNEL RESPONDING TO GRIEVANCE (Print):  M    SIGNATURE: M    DIV. / DEPT.    DATE: 4/23/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):    SIGNATURE:    DIV. / DEPT.    DATE:  /  /

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso):* Beal McKinnie | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 4/24/15 |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ___ | | |
| ☐ NON-GRIEVANCE SUBJECT CODE: ___ | | |

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelacion del detenido):* 4/24/15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* It have been over 4 months and they haven't did Any thing to get my fall Leg fix and I shows the Doctor that my Leg Are to Big and I been write grievance on this with no help you All still saying the same thing I need my Leg work on. I have put in 5 or 6 grievance

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *¿ Apelación del detenido aceptada por el administrador o/su designado(a)?* | Yes *(Si)* ☐ | No ☑ |
|---|---|---|

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*
according to records you have an appointment today 5-5 with physical medicine and rehabilitation. You have received ongoing care from medical mental health

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* Susan Shebel    SIGNATURE *(Firma del Administrador o / su Designado(a)):* Susan Shebel RN    DATE *(Fecha):* 5/5/15

INMATE SIGNATURE *(Firma del Preso):* X Beal McKinnie    DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelacion):*  /  /

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

AFFIDAVIT OF Service

I, Berl McKinnie, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United State mail at _Cook County Jail Correctional Center PO Box 089002 chicago Ill 60608_, together with the appropriate request to the prison officia responsible to affix fully PrePaid thereon, on this ___5___ day of ___June___, 20 _15_

_Berl McKinnie_
Signature

VERIFICATION

I. Berl McKinnie, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter

2. I have read the foregoing application and have knowledge of its contents, and

3. Under Penalties a provided by law Pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matter therein stated to be on information and belief, and as to such matter I certify that I believe the same to be true.

_Berl McKinnie_
(your signature)


(Pg-15)

United States District Court
for the Northern District of
Illinois

Berl McKinnie
Plaintiff

V.

Thomas Dart Sheriff Of Cook County, et al
Defendant.

15cv7581
Judge John Z. Lee
Magistrate Judge Geraldine Soat Brown
PC8

PROOF/Certificate of Service

TO: Thomas Dart Sheriff
Sheriff
Po Box 089002
Chicago Ill 60608

to Clerk Of the Court
US District Court for Illinois
Po Box 089002 2195, Dearborn Street
Chicago Ill 60604

Please take Notice that on 7-5_____, 20 15, I have Placed the documents listed below in the institutional mail At the Big cook County Jail, Properly Addressed to the Parties Listed Above for mailing through the United State Postal service:
   Complaint, Affidavit Of Service/Verification,
   Motion for Service Of Process At Government expense,
   Proof/certificate of service

Pursuant to 28 usc 1746, 18 usc 1621 or 735 Iles 5/109, I declare, under Penalty Of PerJury, that I Am A named Party In the Above Action, that I have read the Above documents, And that the information contained therein is true And correct to the best of my Knowledge

Date 7-5-15

Subscribed And sworn before me this
_____ day of _____, 20__

Notary Public

|S|_____
Name Berl mcKinnie
I Doc# 20140917248
Cook County Jail
Correctional Center

(Pg-16)